# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2309
LT Case No. 2024-CA-1356

_____

DUSTIN FERRIS and JULIANNA
ROSARIO,

    Appellants,

    v.

BLOUNT COUNTY, ALABAMA
DEPARTMENT OF HUMAN
RESOURCES,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Gary Lamar Sanders, Judge.

Dustin Ferris and Julianna Rosario, Weirsdale, pro se.

No Appearance for Appellee.

October 27, 2025

PER CURIAM.

    AFFIRMED.

HARRIS, SOUD, and PRATT, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————